FILED
2020 JUN 17 PM 3:38
HOWARD G. HOGAN

**IN THE CHANCERY COURT FOR KNOX COUNTY, TENNESSEE**

HATCHER HILL II, LLC )
)
Plaintiff, )
v. ) No. 200401-3
)
JCM KENTUCKY CYCLE, LLC, )
MICHAEL D. OLANDER, JR. and )
JOHN G. JANSZEN )
Defendants. )

ADA
FOR ASSISTANCE CALL
865 / 215-2952
TTY: 865 / 215-2497

**CIVIL SUMMONS**

To the above-named Defendant, **JCM KENTUCKY CYCLE, LLC:**

You are hereby summoned and required to serve upon Joshua B. Bishop, Esq., Plaintiff's attorney, whose address is Howard & Howard, P.C., 4820 Old Kingston Pike, Knoxville, Tennessee 37919, an answer to the Complaint herewith served upon you within 30 days after service of this Summons and Complaint upon you, exclusive of the day of service. If you fail to do so, judgment by default can be taken against you for the relief demanded in the Complaint.

Witnessed and issued, Howard G. Hogan, Clerk for said Court at office this 17 day of June 2020.

Clerk

**NOTICE:**

To the Defendant(s):

Tennessee law provides a ten thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel for yourself and your family, and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand this exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

EXHIBIT
1

## SERVICE INFORMATION

To the process server: Defendant, **JCM KENTUCKY CYCLE, LLC** can be served with process through **its registered agent, JCM Kentucky Cycle, LLC, at 5430 Homberg Drive, Knoxville, Tennessee 37919.**

## RETURN

I received this summons on the 23rd day of June 2020. I hereby certify that on the 23rd day of June 2020, I: Brittany Huskey

[ ✓ ] served this Summons and Complaint on Defendant, **JCM KENTUCKY CYCLE, LLC**, in the following manner: placed in hand to Rebecca Chambers manager of Cyclebar

[ ] failed to serve this Summons on Defendant, **JCM KENTUCKY CYCLE, LLC**, within 90 days after its issuance because: ______

Brittany Huskey
Process Server
Visions Private Investigations
4813 N Broadway
Knoxville TN 37918
865-382-0391

X Rebecca Chambers

FILED

**IN THE CHANCERY COURT FOR KNOX COUNTY, TENNESSEE**

2020 JUN 17 PM 3: 38

HOWARD G. HOGAN

| | | |
|---|---|---|
| HATCHER HILL II, LLC<br><br>Plaintiff,<br>v.<br><br>JCM KENTUCKY CYCLE, LLC,<br>MICHAEL D. OLANDER, JR. and<br>JOHN G. JANSZEN<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 200401-3 ✓ |

ADA
FOR ASSISTANCE CALL
865 / 215-2952
TTY: 865 / 215-2497

**CIVIL SUMMONS**

To the above-named Defendant, **JOHN G. JANSZEN:**

You are hereby summoned and required to serve upon Joshua B. Bishop, Esq., Plaintiff's attorney, whose address is Howard & Howard, P.C., 4820 Old Kingston Pike, Knoxville, Tennessee 37919, an answer to the Complaint herewith served upon you within 30 days after service of this Summons and Complaint upon you, exclusive of the day of service. If you fail to do so, judgment by default can be taken against you for the relief demanded in the Complaint.

Witnessed and issued, Howard G. Hogan, Clerk for said Court at office this 17 day of June 2020.

[signature]
Clerk

**NOTICE:**

To the Defendant(s):

Tennessee law provides a ten thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel for yourself and your family, and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand this exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

## SERVICE INFORMATION

To the process server: Defendant, **JOHN G. JANSZEN** can be served with process at **4010 Finn Way, Suite 120, Lexington, Kentucky 40502.**

## RETURN

I received this summons on the 24 day of June 2020. I hereby certify that on the 25 day of June 2020, I:

[ ] served this Summons and Complaint on Defendant, **JOHN G. JANSZEN,** in the following manner: ______________________________

[X] failed to serve this Summons on Defendant, **JOHN G. JANSZEN,** within 90 days after its issuance because: John Janszen is a franchise owner and his office is not located at address of 4010 Finn Way Suite 120 Lexington KY. Per employee he is located at main office but she did not know where that was at.

Leslie Remington
Process Server

FILED

**IN THE CHANCERY COURT FOR KNOX COUNTY, TENNESSEE**

2020 JUN 17 PM 3:38

HOWARD G. HOGAN

HATCHER HILL II, LLC )
)
Plaintiff, )
v. ) No. 200401-3
)
JCM KENTUCKY CYCLE, LLC, )
MICHAEL D. OLANDER, JR. and )
JOHN G. JANSZEN )
Defendants. )

ADA
FOR ASSISTANCE CALL
865 / 215-2952
TTY: 865 / 215-2497

**CIVIL SUMMONS**

To the above-named Defendant, **MICHAEL D. OLANDER, JR.:**

You are hereby summoned and required to serve upon Joshua B. Bishop, Esq., Plaintiff's attorney, whose address is Howard & Howard, P.C., 4820 Old Kingston Pike, Knoxville, Tennessee 37919, an answer to the Complaint herewith served upon you within 30 days after service of this Summons and Complaint upon you, exclusive of the day of service. If you fail to do so, judgment by default can be taken against you for the relief demanded in the Complaint.

Witnessed and issued, Howard G. Hogan, Clerk for said Court at office this 17 day of June 2020.

SG [signature]
Clerk

**NOTICE:**

To the Defendant(s):

Tennessee law provides a ten thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel for yourself and your family, and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand this exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

**SERVICE INFORMATION**

To the process server: Defendant, **MICHAEL D. OLANDER, JR.** can be served with process at **135 E. Martin Street, Raleigh, North Carolina 27601.**

**RETURN**

I received this summons on the 28 day of June 2020. I hereby certify that on the 6th day of July 2020, I:

[ ] served this Summons and Complaint on Defendant, **MICHAEL D. OLANDER, JR.**, in the following manner: ______________________________

[X] failed to serve this Summons on Defendant, **MICHAEL D. OLANDER, JR.**, within 90 days after its issuance because: on 6/29/20 at 11:50Am it was confirmed the listed address is a Vacant commercial building. Attempts made at 3329 Granville DR Raleigh, NC 27609 7/1/20 at 5:57pm according to co-resident the subject was not home at that time. 7/2/20 at 7:50AM front gate locked no access to property

[signature]
Process Server
Domanique Glinton

7/3/20 at 12:30pm Front gate locked no access to property. On 7/6/20 at 4:40pm this server made an attempt at 170 Wind Chime crt Raleigh, NC 27615. According to Michael Olander SR the subject does not work at that Location.

FILED
2020 JUL -2 AM 11:02
HOWARD G. HOGAN

**IN THE CHANCERY COURT FOR KNOX COUNTY, TENNESSEE**

| | | |
|---|---|---|
| HATCHER HILL II, LLC<br><br>Plaintiff,<br>v.<br><br>JCM KENTUCKY CYCLE, LLC,<br>MICHAEL D. OLANDER, JR. and<br>JOHN G. JANSZEN<br>Defendants. | ) | No. 200401-3 |

**ALIAS CIVIL SUMMONS**

To the above-named Defendant, **JOHN G. JANSZEN:**

You are hereby summoned and required to serve upon Joshua B. Bishop, Esq., Plaintiff's attorney, whose address is Howard & Howard, P.C., 4820 Old Kingston Pike, Knoxville, Tennessee 37919, an answer to the Complaint herewith served upon you within 30 days after service of this Summons and Complaint upon you, exclusive of the day of service. If you fail to do so, judgment by default can be taken against you for the relief demanded in the Complaint.

Witnessed and issued, Howard G. Hogan, Clerk for said Court at office this 2 day of July 2020.

ADA
FOR ASSISTANCE CALL
865 / 215-2952
TTY: 865 / 215-2497

Howard G. Hogan
Clerk

**NOTICE:**

To the Defendant(s):

Tennessee law provides a ten thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel for yourself and your family, and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand this exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

## SERVICE INFORMATION

To the process server: Defendant, **JOHN G. JANSZEN** can be served with process **3850 Foxtail Lane, Cincinnati, Ohio 45248.**

## RETURN

I received this summons on the 3 day of July 2020. I hereby certify that on the 3 day of July 2020, I:

[ X ] served this Summons and Complaint on Defendant, **JOHN G. JANSZEN**, in the following manner: by substitute / residential service upon Donna Janzen, spouse of John G. Janszen at 3850 Foxtail Lane Cincinnati, OH 45248. Documents served per Tenn. Rule 4.05(2) and OH Civ. Rule 4.1(C).

[ ] failed to serve this Summons on Defendant, **JOHN G. JANSZEN**, within 90 days after its issuance because: ______

Process Server, VICTORIA AMMANN

513-477-6212

FILED

**IN THE CHANCERY COURT FOR KNOX COUNTY, TENNESSEE**

2020 JUL 13 PM 2:54
HOWARD G. HOGAN

| | | |
|---|---|---|
| HATCHER HILL II, LLC<br><br>Plaintiff,<br>v.<br><br>JCM KENTUCKY CYCLE, LLC,<br>MICHAEL D. OLANDER, JR. and<br>JOHN G. JANSZEN<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 200401-3 |

ADA
FOR ASSISTANCE CALL
865 / 215-2952
TTY: 865 / 215-2497

**ALIAS CIVIL SUMMONS**

To the above-named Defendant, **MICHAEL D. OLANDER, JR.:**

You are hereby summoned and required to serve upon Joshua B. Bishop, Esq., Plaintiff's attorney, whose address is Howard & Howard, P.C., 4820 Old Kingston Pike, Knoxville, Tennessee 37919, an answer to the Complaint herewith served upon you within 30 days after service of this Summons and Complaint upon you, exclusive of the day of service. If you fail to do so, judgment by default can be taken against you for the relief demanded in the Complaint.

Witnessed and issued, Howard G. Hogan, Clerk for said Court at office this 13 day of July 2020.

Clerk

**NOTICE:**

To the Defendant(s):

Tennessee law provides a ten thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel for yourself and your family, and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand this exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

## SERVICE INFORMATION

To the process server: Defendant, **MICHAEL D. OLANDER, JR.** can be served with process at **3329 Granville Drive, Raleigh, North Carolina 27609.**

## RETURN

I received this summons on the 15th day of July 2020. I hereby certify that on the 15th day of July 2020, I:

[✓] served this Summons and Complaint on Defendant, **MICHAEL D. OLANDER, JR.**, in the following manner: personal service at his residence at 7:51 pm

[ ] failed to serve this Summons on Defendant, **MICHAEL D. OLANDER, JR.**, within 90 days after its issuance because: ______

Process Server

# G.S. § 10B-41 NOTARIAL CERTIFICATE FOR ACKNOWLEDGMENT

Wake County, North Carolina

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she signed the foregoing document:

Brian Lee

*Name(s) of principal(s)*

Date: July 15, 2020

(Official Seal) NANCY L ARMSTRONG NOTARY PUBLIC WAKE COUNTY, N.C.

*Official Signature of Notary*

Nancy L. Armstrong, Notary Public

*Notary's printed or typed name*

My commission expires: 12-16-2020