UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | | |
|---|---|---|
| **HATCHER HILL II, LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JCM KENTUCKY CYCLE, LLC, MICHAEL D. OLANDER, JR., AND JOHN G. JANSZEN,**<br><br>**Defendants.** | ) ) ) ) ) ) ) ) ) ) | **Case No. 3:20-CV-331-JRG-HBG** |

**STIPULATION OF DISMISSAL**

COME NOW Plaintiff Hatcher Hill II, LLC, and Defendants JCM Kentucky Cycle, LLC, Michael D. Olander, Jr., and John G. Janszen, by and through undersigned counsel, and respectfully stipulate to the dismissal of this action with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. The parties hereby specify that this dismissal is with prejudice. This Stipulation of Dismissal concludes this case.

Respectfully submitted this 14th day of August, 2020.

HOWARD & HOWARD, PC

s/Joshua B. Bishop by permission confirmed in email dated August 14, 2020
Joshua B. Bishop (BPR #023511)
4820 Old Kingston Pike
Knoxville, Tennessee 37919
(865) 588-4091
Joshua@howardhowardlaw.com

*Attorneys for Plaintiff Hatcher Hill II, LLC*

WOOLF, McCLANE BRIGHT ALLEN
& CARPENTER, PLLC

/s/ Dean T. Howell
Dean T. Howell (BPR #022130)
C. Gavin Shepherd (BPR No. 033066)
Post Office Box 900
Knoxville, Tennessee 37901-0900
(865) 215-1000
dhowell@wmbac.com
gshepherd@wmbac.com

*Attorneys for Defendants JCM Kentucky Cycle, LLC, Michael D. Olander, Jr., and John G. Janszen*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2020, a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

s/ Dean T. Howell, Esq.

Dean T. Howell, Esq., BPR 022130

WOOLF, McCLANE, BRIGHT,
ALLEN & CARPENTER, PLLC
Post Office Box 900
Knoxville, Tennessee 37901-0900
(865) 215-1000